DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**JOE PLAIN,**
Appellant,

v.

**STATE OF FLORIDA,**
Appellee.

No. 4D22-2125

[December 22, 2022]

Appeal of order denying rule 3.800 motion from the Circuit Court for the Nineteenth Judicial Circuit, St. Lucie County; Lawrence Michael Mirman, Judge; L.T. Case No. 561997CF002302A.

Joe Plain, Florida City, pro se.

No appearance required for appellee.

PER CURIAM.

*Affirmed.*

DAMOORGIAN, CIKLIN and KUNTZ, JJ., concur.

\*  \*  \*

***Not final until disposition of timely filed motion for rehearing.***